UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

CIVIL COVER SHEET

This civil cover sheet is required by the Clerk of Court for the purpose of initiating a civil docket sheet. The information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local court rules of procedure.

**FILED - GR**
March 11, 2026 12:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ___ / 3 /11

**I. PLAINTIFF**
Name: Jonathan Ayers
Address: 902 Marlins and Southwest
City, State, ZIP Code: Wyoming, Michigan 49509
Phone Number: 616-323-6124
County of Residence: Kent County

1:26-cv-791
Robert J. Jonker- US District Judge
Ray Kent- Magistrate Judge

**II. DEFENDANTS**
Name: Linda L. Ihme
Address: 6278 West Lakewood Drive
City, State, ZIP Code: Glen Arbor, Michigan 49636
Phone Number: 231-334-6443

Name: Matthew D. Vermetten
P Number: 43425

Name: Catherine E. Glancy
P Number: 64903

Law Firm: Pezzetti, Vermetten & Popovits, P.C.
Address: 603 Front Street, Suite 1002
City, State, ZIP Code: Traverse City, Michigan 49684

**III. JURISDICTION**
☒ Federal Question (U.S. Government Not a Party)

**IV. NATURE OF SUIT**
☒ 440 Civil Rights (Other)

**V. ORIGIN**
☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**
Statute: 42 U.S.C. § 1983 – Civil Rights Violation
Brief Description of Cause: Violation of Plaintiff's due process rights through fraudulent ex parte
motion and judicial misconduct.

**VII. REQUESTED IN COMPLAINT**
☒ Jury Demand: Yes
☒ Monetary Damages Requested

, 903 Marl.

FOR OFFICE USE ONLY
Case Number: _____
Date Filed: _____
Signature of Plaintiff or Attorney: [signature]
Jonathan Ayers
Date: 3-11-26

**Jonathan Ayers**
902 Marlin Ave Southwest
Wyoming, Michigan 49509
Phone: 616-323-6124
Email: jayares164@gmail.com
**February 25, 2025**

**Via Certified Mail**

**Catherine E. Glancy**
**Pezzetti, Vermetten & Popovits P.C.**
600 E. Front Street, Suite 1002
Traverse City, Michigan 49684

**Subject: Formal Demand for Compensation Due to Wrongful Ex Parte Motion and Legal Misconduct**

Dear **Ms. Glancy**,

Please be advised that I have sent the attached **formal demand letter** to your client, **Linda L. Ihme**, regarding the harm caused by the wrongful ex parte motion filed on her behalf. As her legal representative, I am notifying you that I expect a response from either you or your client within **30 days** of receipt.

## Summary of My Claims

On **8-30-2024**, you, acting on behalf of your client, falsely represented to the court that I had given permission for my son, **Jaden**, to remain in **Linda L. Ihme's** custody. This misrepresentation led to a court order that **wrongfully interfered with my parental rights** and caused significant legal, financial, and emotional harm to me and my children.

The judge later **questioned the legitimacy of the ex parte order in open court**, indicating that the motion was improperly obtained. Your actions contributed to a legal proceeding that should have never occurred, forcing me to spend time and resources fighting to restore my rights.

## Legal Violations & Damages

Your client's and your firm's actions constitute the following:

- **Fraud on the Court** – The ex parte order was obtained through misrepresentation.
- **Interference with Parental Rights** – The order unlawfully obstructed my ability to care for my child.
- **Intentional Infliction of Emotional Distress** – The wrongful actions caused severe emotional and psychological harm.

As a result, I am demanding a total compensation of **$250,000** for damages, including emotional distress, legal expenses, and disruption to my family.

## Demand & Next Steps

I expect full payment within **30 days** of receipt of this letter. If I do not receive a response within that timeframe, I will have no choice but to pursue legal action, including but not limited to a civil lawsuit for **fraud, interference with parental rights, and emotional distress**. I may also seek punitive damages due to the reckless and harmful nature of your client's actions.

This letter serves as a **final opportunity to resolve this matter amicably** before escalating to litigation. Please direct all responses to me in writing at the address listed above.

Sincerely,

**Jonathan Ayers**

**CC:** Linda L. Ihme

---

Johnathon Ayers
902 marlin awe sw
Wyoming Michigan 49509
616 323 6124
jayayers164@gmail.com
2-17-25

Via Certified Mail

Aunt Linda ihme
6278 w Lakewood Dr
Glen arbor Michigan 49636

Subject: Formal Demand for Compensation Due to Wrongful Ex Parte Motion and Legal Misconduct

Dear Aunt Linda,

I am writing to formally demand compensation for the harm caused by the wrongful ex parte motion filed on your behalf, which unlawfully interfered with my parental rights and caused significant emotional, financial, and legal hardship.

Statement of Facts

On 8-30-24 , you and your attorney falsely represented to the court that I had given permission for Jaden to remain in your custody. This was a blatant misrepresentation that led to the court wrongfully granting an ex parte order, denying me access to my son and violating my rights as his legal parent. The judge later questioned the legitimacy of this order in open court, demonstrating that it was improperly obtained.

As a direct result of your actions, I suffered severe emotional distress, financial strain, and damage to my relationship with my children. The wrongful separation of my son caused emotional harm to both Jaden and Aaliyah, who has been especially affected by this ordeal. Additionally, the time and resources I had to spend fighting to restore my parental rights have resulted in substantial personal and legal costs.

Legal Violations & Damages

Your actions constitute:

Fraud on the Court – The ex parte motion was obtained through deception.

Interference with Parental Rights – You unlawfully obstructed my ability to care for my child.

Intentional Infliction of Emotional Distress – Your wrongful actions caused severe emotional and

psychological harm.

Considering the impact on my life, my children, and the costs associated with rectifying this situation, I am demanding a total compensation of $250,000 for damages.

Demand & Next Steps

I expect full payment within 30 days of receipt of this letter. If you fail to respond or refuse to settle, I will have no choice but to pursue legal action, including but not limited to a civil lawsuit for fraud, interference with parental rights, and emotional distress. Additionally, I may seek punitive damages for the reckless and harmful nature of your actions.

This letter serves as a final opportunity to resolve this matter amicably before escalating to litigation. Please direct all responses to me in writing at the address listed above.

Sincerely,

Johnathon Ayers

---